UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATE OF AMERICA

VERSUS                                           CRIMINAL NO. 07-99-FJP-CN

DAVID F. MCINTYRE

### RULING

Defendant's motion to strike the government's objections to the presentence report[1] is denied.  The Court has the discretion to consider objections that are not timely filed.  In this case, the Court believes it is in the interest of justice to consider the government's objections in order that a proper sentence can be determined by the Court.  The Court will give the defendant 10 days from the date of this ruling to respond to the government's objections by filing a sentencing memorandum if counsel for the defendant wishes to do so.

IT IS SO ORDERED.

Baton Rouge, Louisiana, March 25, 2008.

                                            FRANK J. POLOZOLA
                                            MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 40.

Doc#45093